Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/02/26

Ana M. Blanco
Tel: 646.346.8072
Fax: 212.223.1942
blancoa@ballardspahr.com

October 1, 2026

**MEMO ENDORSED**

*Via ECF*

Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

Re: *AP MA Funding LLC v. Caps Plantation LLC et al*; 1:25-cv-06934-MMG

Dear Judge Moses,

Plaintiff AP MA Funding LLC ("Plaintiff") respectfully submits this letter to request that the conference currently scheduled for October 8, 2026 be adjourned *sine die*.

Defendant Marco Roca, Jr. has extended a settlement offer, which Plaintiff is currently reviewing. Plaintiff anticipates that the parties will be able to discuss settlement directly without the need for a conference at this time. Accordingly, in the interest of conserving the resources of the Court and the parties, Plaintiff respectfully requests that the October 8, 2026 conference be adjourned *sine die*. Should the parties be unable to reach a resolution, Plaintiff will promptly notify the Court.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Ana M. Blanco
Ana M. Blanco
*Attorneys for Plaintiff*

Application GRANTED to the extent that the settlement conference currently scheduled for October 8, 2026 is ADJOURNED to **November 9, 2026** at **2:15 p.m.** No later than **November 2, 2026** (if the case has not settled by then), the parties must submit updated confidential settlement letters and acknowledgment forms to chambers via email. *See* Settlement Conference Scheduling Order (Dkt. 62) ¶¶ 2-4. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**October 2, 2026**